```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
 2  bruce.ericson@pillsburylaw.com
    JEFFREY JACOBI  #252884
 3  jeffrey.jacobi@pillsburylaw.com
    50 Fremont Street
 4  Post Office Box 7880
    San Francisco, CA  94120-7880
 5  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 6
    Attorneys for Defendants
 7  CENTURY ALUMINUM COMPANY,
    LOGAN W. KRUGER, MICHAEL A. BLESS,
 8  STEVE SCHNEIDER, JOHN C. FONTAINE,
    JACK E. THOMPSON, PETER C. JONES,
 9  JOHN P. O'BRIEN, WILLY R. STROTHOTTE,
    JARL BERNTZEN and WAYNE R. HALE
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC PETZSCHKE, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>CENTURY ALUMINUM COMPANY, et al.,<br><br>              Defendants. | No. C-09-1001-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO PLEAD AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Attached hereto:  Proposed Order |
| PETER ABRAMS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>CENTURY ALUMINUM COMPANY, et al.,<br><br>              Defendants. | No. C-09-01103-SI |

701555517v1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME AND REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. C-09-1001-SI

| | | |
|---|---|---|
| 1 | | |
| 2 | CORY McCLELLAN, Individually and on Behalf of All Others Similarly Situated, | No. C-09-01162-SI |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | CENTURY ALUMINUM COMPANY, et al., | |
| 6 | Defendants. | |
| 7 | | |
| 8 | CHARLES HILYARD, Individually and on Behalf of All Others Similarly Situated, | No. C-09-01205-SI |
| 9 | Plaintiff, | |
| 10 | vs. | |
| 11 | CENTURY ALUMINUM COMPANY, et al., | |
| 12 | Defendants. | |

701555517v1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME AND REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. C-09-1001-SI

**RECITALS**

1. Before this court are the following four class action lawsuits (the "Related Actions") purportedly brought on behalf of all persons who purchased or otherwise acquired the common stock of Century Aluminum Company ("Century Aluminum"):

| Case Name | Case No. | Filing Date |
| --- | --- | --- |
| *Petzschke v. Century Aluminum Company, et al.* | C-09-01001-SI | March 9, 2009 |
| *Abrams v. Century Aluminum Company, et al.* | C-09-01103-SI | March 12, 2009 |
| *McClellan v. Century Aluminum Co., et al.* | C-09-01162-SI | March 17, 2009 |
| *Hilyard v. Century Aluminum Co., et al.* | C-09-01205-SI | March 19, 2009 |

2. On April 15, 2009, this Court entered an order pursuant to Civil Local Rule 3-12 relating these actions.

3. On May 8, 2009, counsel for Stuart Wexler, Mark Panasuk, and Peter Abrams filed a motion for appointment as lead plaintiff and for approval of selection of lead counsel, and to consolidate three of the Related Actions — *Petzschke, Abrams* and *McClellan*.

4. On May 8, 2009, counsel for Waterford Township General Employees Retirement System filed a motion for appointment as lead plaintiff and for approval of selection of lead counsel, and to consolidate all four of the Related Actions.

5. On May 15, 2009, defense counsel filed a motion to consolidate all four of the Related Actions.

6. The parties anticipate that consolidation of some or all of the Related Actions will result in the filing of a single consolidated complaint or the designation of one complaint as the operative complaint.

7. Defendants wish to continue the date for any response to the complaint in this action until after a consolidated complaint has been filed or a complaint has been designated as the operative complaint.

|    |                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------|
| 1  | **STIPULATION**                                                                                          |
| 2  | THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned                                       |
| 3  | counsel for the parties herein, that:                                                                    |
| 4  | 1.      Defendants shall have no obligation to move, answer, or otherwise respond                        |
| 5  | to any of the original complaints filed in the Related Actions.                                          |
| 6  | 2.      If a motion to consolidate is granted and one or more plaintiffs is appointed                    |
| 7  | Lead Plaintiff by the Court, said plaintiff(s) shall have 45 days from the appointment of                |
| 8  | Lead Plaintiff(s) and Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file a                         |
| 9  | consolidated amended complaint or to designate one complaint in the consolidated class                   |
| 10 | actions as the operative complaint (the "Operative Complaint").                                          |
| 11 | 3.      Defendants' last day to move, answer or otherwise respond to the Operative                       |
| 12 | Complaint shall be 45 days after the filing or designation of the Operative Complaint.                   |
| 13 | 4.      If, however, a motion for consolidation is not granted, or if less than all four                 |
| 14 | of the Related Cases are consolidated, the undersigned defendants shall answer or otherwise              |
| 15 | respond to the existing complaint(s) no later than 45 days after the latter of these two dates:          |
| 16 | the date on which the order ruling on the motions to consolidate is entered, and the date on             |
| 17 | which Lead Plaintiff(s) announces its (their) intention to stand on the existing complaint(s).           |
| 18 | 5.      If defendants move to dismiss either the Operative Complaint(s) or an                            |
| 19 | existing complaint(s):                                                                                   |
| 20 | (a)      Plaintiff shall have 45 days from the date such motion is served to serve                       |
| 21 | opposition papers; and                                                                                   |
| 22 | (b)      Defendants shall have 30 days from the date opposition papers are served by                     |
| 23 | plaintiffs to serve reply papers.                                                                        |
| 24 | 6.      The parties respectfully request that the Court continue the Case                                |
| 25 | Management Conference set for July 10, 2009 at 2:30 p.m. until after the motion to dismiss               |
| 26 | is resolved, due to the applicability of the Private Securities Litigation Reform Act,                   |
| 27 | 15 U.S.C. § 77z-1, *et seq.* to these cases.                                                             |
| 28 |                                                                                                          |

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 18, 2009, at San Francisco, California.

                                        _/s/ Bruce A. Ericson_
                                        Bruce A. Ericson

Dated: May 18, 2009.

                                      PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      BRUCE A. ERICSON
                                      JEFFREY JACOBI
                                      50 Fremont Street
                                      Post Office Box 7880
                                      San Francisco, CA 94120-7880

                                      By _____ _/s/ Bruce A. Ericson_
                                                       Bruce A. Ericson
                                      Attorneys for Defendants
                                      CENTURY ALUMINUM COMPANY,
                                      LOGAN W. KRUGER, MICHAEL A. BLESS,
                                      STEVE SCHNEIDER, JOHN C. FONTAINE,
                                      JACK E. THOMPSON, PETER C. JONES,
                                      JOHN P. O'BRIEN, WILLY R. STROTHOTTE,
                                      JARL BERNTZEN and WAYNE R. HALE

Dated: May 18, 2009.

                                      ORRICK, HERRINGTON & SUTCLIFFE
                                      The Orrick Building
                                      405 Howard Street
                                      San Francisco, CA 94105

                                      By _____ _/s/ Robert P. Varian_
                                                      Robert P. Varian
                                      Attorneys for Defendants
                                      CREDIT SUISSE SECURITIES (USA) LLC AND
                                      MORGAN STANLEY & CO. INCORPORATED

| | |
|---|---|
| 1 | Dated: May 18, 2009. |
| 2 | JOHNSON BOTTINI, LLP |
| | 655 West Broadway, Suite 1400 |
| 3 | San Diego, CA 92101 |
| 4 | |
| | By _____/s/ Francis A. Bottini, Jr._____ |
| 5 | Francis A. Bottini, Jr. |
| | Attorneys for Plaintiff |
| 6 | CORY McCLELLAN |
| 7 | |
| | Dated: May 18, 2009. |
| 8 | |
| | COUGHLIN STOIA GELLER |
| 9 | RUDMAN & ROBBINS LLP |
| | 100 Pine Street, Suite 2600 |
| 10 | San Francisco, CA 94111 |
| 11 | |
| | By _____/s/ Christopher Seefer_____ |
| 12 | Christopher Seefer |
| | Attorneys for Plaintiff |
| 13 | CHARLES HILYARD |
| 14 | |
| | Dated: May 18, 2009. |
| 15 | |
| | WOLF HALDENSTEIN ADLER |
| 16 | FREEMAN & HERZ LLP |
| | 750 B Street, Suite, 2770 |
| 17 | San Diego, CA 92101 |
| 18 | |
| | By _____/s/ Betsy Manifold_____ |
| 19 | Betsy Manifold |
| | Attorneys for Plaintiff |
| 20 | PETER ABRAMS, STUART WEXLER, AND |
| | MARK PANASUK |
| 21 | |
| 22 | Dated: May 18, 2009. |
| 23 | GLANCY BINKOW & GOLDBERG LLP |
| | 1801 Avenue of the Stars, Suite 311 |
| 24 | Los Angeles, CA 90067 |
| 25 | |
| | By _____/s/ Michael Goldberg_____ |
| 26 | Michael Goldberg |
| | Attorneys for Plaintiff |
| 27 | ERIC PETZSCHKE |
| 28 | |

701555517v1 - 4 - STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME AND REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. C-09-1001-SI

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2    Upon consideration of the parties' stipulation and good cause appearing, IT IS
3 HEREBY ORDERED THAT:

4    1.    Defendants shall have no obligation to move, answer, or otherwise respond
5 to the original Class Action Complaint.

6    2.    If a motion to consolidate is granted and one or more plaintiffs is appointed
7 Lead Plaintiff, said plaintiff(s) shall have 45 days from the appointment of Lead Plaintiff(s)
8 and Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file a consolidated amended
9 complaint or to designate one complaint in the consolidated class actions as the operative
10 complaint (the "Operative Complaint").

11    3.    Defendants' last day to move, answer or otherwise respond to the Operative
12 Complaint shall be 45 days after the filing or designation of the Operative Complaint.

13    4.    If a motion for consolidation is not granted, or if less than all four of the
14 Related Cases are consolidated, defendants shall answer or otherwise respond to the
15 existing complaint(s) no later than 45 days after the latter of these two dates: the date on
16 which the order ruling on the motions to consolidate is entered, and the date on which Lead
17 Plaintiff(s) announces its (their) intention to stand on the existing complaint(s).

18    5.    If defendants move to dismiss either the Operative Complaint(s) or an
19 existing complaint(s):

20    (a)    Plaintiff shall have 45 days from the date such motion is served to serve
21        opposition papers; and
22    (b)    Defendants shall have 30 days from the date opposition papers are served by
23        plaintiffs to serve reply papers.

1      6.     The Case Management Conference currently set for July 10, 2009 at
2 2:30 p.m. is hereby continued until a later date to be set by the Court after the motion(s) to
3 dismiss is (are) resolved.
4      Dated:    May __19__, 2009.

                               _____
                               The Honorable Susan Illston
                               United States District Judge

7 The Initial Case Management Conferences in all these cases shall be scheduled to occur on Friday, September 11, 2009, at 2:30 p.m. A Joint Case Management Conference Statement shall be filed one week prior to the conference.

701555517v1          - 6 -          STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-09-1001-SI