1   ROBERT P. VARIAN (SB No. 107459)
    Email: rvarian@orrick.com
2   M. TODD SCOTT (SB No. 226885)
    Email: tscott@orrick.com
3   ERIN H. REDING (SB No. 252691)
    Email: ereding@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:     (415) 773-5700
    Facsimile:     (415) 773-5759
7
    Counsel for defendants Morgan Stanley & Co.,
8   Inc. and Credit Suisse Securities (USA) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PETZSCHKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY ALUMINUM COMPANY, et al.,<br><br>Defendants. | Case No.  3:09-cv-01001-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:     September 11, 2009<br>Time:     2:30 p.m.<br>Court:    10, 19th Floor<br>Judge:    Hon. Susan Illston |
| PETER ABRAMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY ALUMINUM COMPANY, et al.,<br><br>Defendants. | Case No. C-09-01103-SI |

OHS West:260720611.1

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR CMC (3:09-CV-01001)

| | | |
|---|---|---|
| 1 | | |
| 2 | CORY McCLELLAN, Individually and on Behalf of All Others Similarly Situated, | Case No. C-09-01162-SI |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | CENTURY ALUMINUM COMPANY, et al., Defendants. | |
| 6 | | |
| 7 | CHARLES HILYARD, Individually and on Behalf of All Others Similarly Situated, | Case No. C-09-01205-SI |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | vs. | |
| 11 | CENTURY ALUMINUM COMPANY, et al., Defendants. | |
| 12 | | |

13  WHEREAS, the Case Management Conference is currently scheduled for September 11,
14  2009 at 2:30 p.m.;
15  WHEREAS, counsel for defendants Morgan Stanley & Co., Inc. and Credit Suisse
16  Securities (USA) LLC, has a conflict on September 11, 2009 in another matter that cannot be
17  resolved;
18  WHEREAS, a lead plaintiff in these matters has not been appointed;
19  WHEREAS, the hearing on the lead plaintiff motions was held on July 19, 2009;
20  WHEREAS, the motions for lead plaintiff now await decision by the Court;
21  The parties hereto hereby STIPULATE and AGREE:
22  1.   That the Case Management Conference shall be held on September 18, 2009 at
23       2:30 p.m.

24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: September 2, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendants
Morgan Stanley & Co., Inc. and Credit Suisse
Securities (USA) LLC

ROBERT P. VARIAN (107459)
M. TODD SCOTT (226885)
ERIN H. REDING (252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Dated: September 2, 2009            PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Bruce A. Ericson*
Attorneys for Defendants
Century Aluminum and Individual Defendants

BRUCE A. ERICSON
JEFFREY A. JACOBI
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
Telephone: 415-983-1000
Facsimile: 415-983-1200

OHS West:260720611.1 - 3 - STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CMC (3:09-CV-01001)

| | | |
|---|---|---|
| 1 | Dated: September 2, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

*/s/ Shawn A. Williams*
Attorneys for Plaintiffs
Charles Hilyard and Waterford Township General Employees Retirement System

SHAWN A. WILLIAMS
CHRISTOPHER P. SEEFER
DARREN J. ROBBINS
MATTHEW P. MONTGOMERY
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
Facsimile: 415-288-4534

Dated: September 2, 2009     WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

*/s/ Betsy C. Manifold*
Attorneys for Plaintiffs
Peter Abrams, Marc Panasuk and Stuart Wexler

FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B. Street, Suite 2770
San Diego, CA 92101
Telephone: 619-239-4599
Facsimile: 619-234-4599

| | | |
|---|---|---|
| 1 | Dated: September 2, 2009 | JOHNSON BOTTINI, LLP |

_/s/ Francis A. Bottini_
Attorneys for Plaintiff
Cory McClellan

FRANCIS A. BOTTINI, JR.
DEREK J. WILSON
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619-230-0063
Facsimile: 619-233-5535

Dated: September 2, 2009       GLANCY BINKOW & GOLDBERG LLP

_/s/ Lionel Z. Glancy_
Attorneys for Plaintiff
Eric Petzschke

LIONEL Z. GLANCY
MICHAEL GOLDBERG
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

_/s/ Robert P. Varian_
ROBERT P. VARIAN
Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That the Case Management Conference shall be held on September 18, 2009 at 2:30 p.m.

Dated _____, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE