1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone: 619/239-4599
   Facsimile:  619/234-4599
7

8  Lead Counsel on behalf of Lead Plaintiff Stuart Wexler

9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  IN RE CENTURY ALUMINUM            )  Case No.  3:09-cv-01001 SI
    COMPANY SECURITIES                )
13  LITIGATION                        )  **DECLARATION OF LEAD PLAINTIFF**
                                      )  **STUART WEXLER REQUESTING**
14  _____   )  **APPOINTMENT AS SOLE LEAD**
                                      )  **PLAINTIFF IN THE CONSOLIDATED**
15  This Document Relates To:         )  **ACTION**
          ALL ACTIONS                 )
16                                    )
                                      )
17  _____   )  CRTRM:      10, 19th Floor
                                      )  JUDGE:      Hon. Susan Illston
18

19

20

21

22

23

24

25
26

27

28

DECLARATION OF WEXLER REQUESTING APPOINTMENT OF LEAD PLAINTIFF – No.  C-09-01103-SI

I, Stuart Wexler, declare as follows:

1.     On September 14, 2009, I reviewed the Court's September 8, 2009 Order Granting Motions to Consolidated Cases; Re: Motions to Appoint Lead Plaintiffs and Approve Selection of Lead Counsel. [DKT No. 45].  In response to the Court's September 8, 2009 Order [DKT No. 45], I make this declaration in support of my application to be appointed sole lead plaintiff in the consolidated action.  I have personal knowledge of the facts stated below.  If called upon to do so, I could and would competently testify thereto.

***My Background***

2.     I am an attorney admitted to practice in the State of Pennsylvania.  I have practiced as an attorney on and off since 1995.  In addition to my law practice, over the years, I have worked for different companies in various business capacities.  I also regularly purchase and sell stock in certain companies in order to make a profit.

***Court's September 8, 2009 Order***

3.     I carefully reviewed and discussed with my counsel the Court's September 8, 2009 Order [DKT No. 45].  I specifically reviewed and now respond to the following directive issued by the Court:

> If Mr. Wexler and his counsel are willing and able to zealously advocate on behalf of the proposed Exchange Act class, the Court will appoint Mr. Wexler as the sole lead plaintiff in the four consolidated cases.  The Court directs Mr. Wexler to file a declaration no later than **September 15, 2009** regarding his willingness to act as lead plaintiff on both the Securities Act and Exchange Act claims. If Mr. Wexler feels he is unable to vigorously represent the Exchange Act class, Mr. Wexler shall so state, and the Court will appoint Waterford Township as co-lead plaintiff and approve Waterford Township's counsel as co-lead counsel.

September 8, 2009 Order [DKT No. 45] at 7:7-13.

4.     In response to the Court's directive, I respectfully request that the Court appoint me as sole lead plaintiff.

DECLARATION OF WEXLER REQUESTING APPOINTMENT OF LEAD PLAINTIFF – No.  C-09-01103-SI

- 1 -

***Willing to Zealously Advocate for Exchange Class***

5.      Because my personal losses are substantial in both the Securities Act and Exchange Act classes, I am willing and able to zealously advocate on behalf of the proposed Exchange Act class and respectfully request that the Court appoint me as sole lead plaintiff in the consolidated action. In addressing the Court's directive, I have spoken with counsel and have agreed with them that we will zealously advocate on behalf of the proposed Exchange Act class.

6.      Based on my litigation and business background, I have the ability and willingness to serve as sole lead plaintiff for both the Exchange Act and Securities Act classes and I have the ability to oversee counsel and prosecute this case to a successful conclusion for both the Securities Act and Exchange Act classes.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this *14th* day of September, 2009 at _____1:53 Pm_____.

_____
STUART WEXLER

CENTURYALUMINUM:17034

DECLARATION OF WEXLER REQUESTING APPOINTMENT OF LEAD PLAINTIFF – No. C-09-01103-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Marta Stasik, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on September 14, 2009, declarant served:

**DECLARATION OF LEAD PLAINTIFF STUART WEXLER REQUESTING APPOINTMENT AS SOLE LEAD PLAINTIFF IN THE CONSOLIDATED ACTION**

via CM/ECF to the parties listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of September 2009, at San Diego, California.

_____
MARTA STASIK

DECLARATION OF WEXLER REQUESTING APPOINTMENT OF LEAD PLAINTIFF – No.  C-09-01103-SI

- 3 -

CENTURY ALUMINUM CO.
SERVICE LIST – MAY 8, 2009
PAGE 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
        619/239-4599
        619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiffs Stuart Wexler,
Mark Panasuk, and Peter Abrams

Lionel Z. Glancy
Michael M. Goldberg
GLANCY & BINKOW LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
        310/201-9150
        310/201-9160 (fax)
info@glancylaw.com

Attorneys for Plaintiff Eric Petzsche

Francis A. Bottini, Jr.
Derek James Wilson
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
        619/230-0063
        619/233-5535 (fax)
frankb@johnsonbottini.com
derekw@johnsonbottini.com

Attorneys for Plaintiff Cory McClellan

Christopher P. Seefer
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
        415/288-4545
        415/288-4534 (fax)
chriss@csgrr.com

Attorneys for Plaintiff Waterford Township
General Employees Retirement System

Darren J. Robbins
Erik D. Peterson
COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
        610/231-1058
        619.231-7423 (fax)
darrenr@csgrr.com
epeterson@csgrr.com

Attorneys for Plaintiff Waterford Township
General Employees Retirement System

Jack G. Fruchter
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10019
        212/279-5050
        212/279-3655 (fax)
info@aftlaw.com

Howard G. Smith
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
        215/638-4847
        215/638-4867 (fax)

COUNSEL FOR DEFENDANTS

Bruce A. Ericson
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
        415/983-1000
        415/983-1200 (fax)
bruce.ericson@pillsburylaw.com

Attorneys for Defendants Century Aluminum
Co., Logan W. Kruger, Michael A. Bless, Steve
Schneider, John C. Fontaine, Jack E. Thompson,
Peter C. Jones, John P. O'Brien, Willy R.
Strothotte, Jarl Berntzen and Wayne R. Hale

16796