IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION,

_____/

This document relates to all actions.
_____/

Nos. C 09-1001 SI, C 09-1103 SI, C 09-1162 SI, C 09-1205 SI

**ORDER GRANTING STUART WEXLER'S MOTION FOR APPOINTMENT AS SOLE LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**

By order filed September 8, 2009, the Court granted plaintiff Stuart Wexler's motion for appointment as lead plaintiff in the three consolidated Securities Act cases, and directed Mr. Wexler to file a declaration regarding his willingness to act as lead plaintiff on behalf of the Exchange Act claims as well. On September 14, 2009, Mr. Wexler filed a declaration requesting appointment as sole lead plaintiff in all four consolidated cases. Mr. Wexler states that because his personal losses are substantial in both the Securities Act and Exchange Act classes, he is willing and able to zealously advocate on behalf of the Exchange Act class. Mr. Wexler also states that he has spoken with his counsel, and "have agreed with them that we will zealously advocate on behalf of the proposed Exchange Act class." Wexler Decl. ¶ 5.

The Court is satisfied that Mr. Wexler is an appropriate lead plaintiff for both the Securities Act and Exchange Act claims. Based upon Mr. Wexler's supplemental declaration, and for all of the reasons set forth in the September 8, 2009 order, the Court hereby GRANTS Mr. Wexler's motion and appoints Mr. Wexler as the sole lead plaintiff in these consolidated cases, and approves Mr. Wexler's counsel as lead counsel. Plaintiffs shall file a consolidated complaint no later than **November 17, 2009**.

**IT IS SO ORDERED.**

Dated: September 23, 2009

_____
SUSAN ILLSTON
United States District Judge