1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone: 619/239-4599
   Facsimile:  619/234-4599
7

8  Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION | Case No. C 09-1001 SI<br>[Consolidate With Case Nos. C 09-1103 SI, C 09-1162 SI, C 09-1205 SI] |
| This document relates to all actions. | **STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**<br><br>DEPT.    10, 19th Floor<br>JUDGE:   Hon. Susan Illston |

|     |     |
| --- | --- |
| 1   | **WHEREAS**, Plaintiffs filed a Consolidated Class Action Complaint (the "Complaint") on |
| 2   | November 17, 2009 and inadvertently filed and served a prior draft which omitted a Count for |
| 3   | Plaintiffs' claim under section 11 of the Securities Act, 15 U.S.C. § 77k, which was contained in |
| 4   | the original complaint filed by Plaintiff Peter Abrams; |
| 5   | **WHEREAS**, Plaintiffs now seek to amend the Complaint in order to correct this error and |
| 6   | to add additional allegations (attached hereto as Exhibit A is a red-line showing the differences |
| 7   | between the Complaint as filed November 17, 2009 and the proposed complaint that Plaintiffs |
| 8   | now seek to file); |
| 9   | **WHEREAS**, on January 15, 2010, the Century Aluminum and Underwriter Defendants |
| 10  | filed separate motions to dismiss the defective Complaint, which are scheduled to be heard on |
| 11  | March 5, 2010; |
| 12  | **WHEREAS**, Plaintiffs' opposition to the Defendants' motions is due on February 5, 2010 |
| 13  | and rather than oppose Defendants' motions based on a defective complaint, Plaintiffs seek leave |
| 14  | to amend the Complaint to add the section 11 claim and the additional allegations, and to |
| 15  | reschedule the briefing on Defendants' motions to dismiss; |
| 16  | **WHEREAS**, the Parties agree in the interest of judicial economy that Plaintiffs may file |
| 17  | the First Amended Class Action Complaint ("First Amended Complaint") attached hereto as |
| 18  | Exhibit B; |
| 19  | **WHEREAS**, the Parties agree that Defendants shall have until February 26, 2010 to file |
| 20  | their motions to dismiss or otherwise respond to the First Amended Complaint, Plaintiffs shall file |
| 21  | their opposition on March 19, 2010, and Defendants shall file their reply on April 2, 2010; and |
| 22  | **WHEREAS**, the Parties request that the hearing be set on Defendants' motions to dismiss |
| 23  | on April 16, 2010 or as the Court's calendar permits (counsel for the Century Aluminum |
| 24  | defendants is not available the week of April 9); |
| 25  | **NOW, THEREFORE**, the Parties stipulate and agree as follows: |
| 26  | 1.   Plaintiffs are granted leave to file a First Amended Complaint and the attached First |
| 27  | Amended Complaint shall be deemed filed on the date of this order; |
| 28  |     |

STIPULATION & PROPOSED ORDER TO FILE AMENDED COMPLAINT - CASE NO. C 09-1001 SI

- 1 -

2.    Defendants shall respond to the First Amended Complaint on or before February 26, 2010 and reserve all rights to move for costs, if and as appropriate;

3.    If Defendants file motions to dismiss, then Plaintiffs' opposition is due on March 19, 2010 and Defendants' replies are due on April 2, 2010;

4.    The hearing on Defendants' Motions to Dismiss is set for April 16, 2010;

5.    The Parties also respectfully suggest to the Court that it postpone until April 16, 2010 the case management conference currently set for March 5, 2010 at 3:00 p.m., so that the motion to dismiss and the case management conference are again set for the same day.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 28, 2010

Respectfully submitted,
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

_/s/ Betsy C. Manifold_
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Lead Counsel for Plaintiffs

DATED: January 28, 2010

PILLSBURY WINTHROP SHAW LLP
BRUCE A. ERICSON

_/s/Bruce A. Ericson_
BRUCE A. ERICSON

50 Fremont Street
San Francisco, CA 94105-2228
Telephone: 415/983-1000
Facsimile: 415/983-1200

Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider, John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen and Wayne R. Hale