## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Plaintiffs' First Amended Complaint shall be deemed filed as of the date of this order and Defendants' Motion to Dismiss shall be heard on April 16, 2010 under the stipulated briefing schedule and that the case management conference currently set for March 5, 2010 at 3:00 p.m. be rescheduled for April 16, 2010 at 2:30 .m..

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE