PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
JEFFREY S. JACOBI (SBN 252884)
jeffrey.jacobi@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
CENTURY ALUMINUM COMPANY,
LOGAN W. KRUGER, MICHAEL A. BLESS, STEVE
SCHNEIDER, JOHN C. FONTAINE, JACK E.
THOMPSON, PETER C. JONES, JOHN P. O'BRIEN,
WILLY R. STROTHOTTE, JARL BERNTZEN, WAYNE
R. HALE, ROBERT E. FISHMAN and CATHERINE Z.
MANNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CENTURY ALUMINUM COMPANY SECURITIES LITIGATION<br><br>This document relates to all actions. | No. C-09-1001-SI<br>[Consolidated with Nos. C-09-1103-SI, C-09-1162-SI, C-09-1205-SI]<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>Attached hereto: Proposed Order |
|---|---|

**RECITALS**

1. Plaintiffs filed a Consolidated Class Action Complaint on November 17, 2009. Doc. 51. Thereafter, the defendants filed motions to dismiss. *See* Docs. 61 - 65 filed Jan. 15, 2010.

2. Rather than oppose the motions to dismiss, the Plaintiffs sought to file an amended complaint. The parties ultimately stipulated to the filing of an amended complaint, and to adjusting the briefing and hearing schedule so that both the hearing on the motions to dismiss and the next case management conference would be heard on April 16, 2010 (with the motions at 9 a.m. and the case management conference at 2:30 p.m.). The Court made this stipulation an order. *See* Doc. 67-68, filed Jan. 29 and Feb. 1, 2010.

3. On April 1, 2010, the parties filed a stipulation and proposed order requesting, *inter alia*, that the hearing on the motions to dismiss be heard on April 23, 2010 at 9:00 a.m. *See* Doc. 80.

4. The parties to the related derivative action, No. C-09-4963-SI (the Derivative Action), also intend to file forthwith a stipulation and proposed order requesting that the case management conference in the Derivative Action (currently set for April 16, 2010 at 2:30 p.m.) be continued to April 23, 2010.

5. The parties agree that it makes sense to postpone the case management conference in this action (currently set for April 16, 2010 at 2:30 p.m.), so that it occurs on April 23, 2010, the same day as the hearing on the motions to dismiss and the case management conference in the Derivative Action.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein and the parties hereby respectfully request that the Court continue the Case Management Conference currently set for April 16, 2010 at 2:30 p.m. until April 23, 2010, at 2:30 p.m.

| | |
|---|---|
| 1 | **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B** |
| 2 | I, JEFFREY S. JACOBI, hereby declare pursuant to General Order 45, § X.B, that I |
| 3 | have obtained the concurrence in the filing of this document from each of the other |
| 4 | signatories listed below. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct. |
| 6 | Executed on April 6, 2010, at San Francisco, California. |

```
                                              /s/ Jeffrey S. Jacobi
                                             Jeffrey S. Jacobi
   Dated:  April 6, 2010.

                                             PILLSBURY WINTHROP SHAW PITTMAN
                                             LLP
                                             BRUCE A. ERICSON
                                             JEFFREY JACOBI
                                             50 Fremont Street
                                             Post Office Box 7880
                                             San Francisco, CA  94120-7880


                                             By _____/s/ Jeffrey S. Jacobi_____
                                                         Jeffrey S. Jacobi
                                             Attorneys for Defendants
                                             JOHN C. FONTAINE, JACK E. THOMPSON,
                                             PETER C. JONES, ROBERT E. FISHMAN,
                                             JOHN P. O'BRIEN, WILLY R. STROTHOTTE,
                                             JARL BERNTZEN, CATHERINE Z.
                                             MANNING, LOGAN W. KRUGER, MICHAEL
                                             A. BLESS, WAYNE R. HALE and STEVE
                                             SCHNEIDER, and Nominal Defendant
                                             CENTURY ALUMINUM COMPANY

   Dated:  April 6, 2010.

                                             ORRICK, HERRINGTON & SUTCLIFFE
                                             ROBERT P. VARIAN
                                             TODD SCOTT
                                             The Orrick Building
                                             405 Howard Street
                                             San Francisco, CA  94105


                                             By _____/s/ Robert P. Varian_____
                                                         Robert P. Varian
                                             Attorneys for Defendants
                                             CREDIT SUISSE SECURITIES (USA) LLC
                                             AND MORGAN STANLEY & CO.
                                             INCORPORATED
```

1   Dated: April 6, 2010.

        WOLF HALDENSTEIN ADLER FREEMAN &
          HERZ LLP
        FRANCIS M. GREGOREK
        BETSY C. MANIFOLD
        RACHELE R. RICKERT
        750 B Street, Suite 2770
        San Diego, CA 92101

        By _____*Betsy C. Manifold*_____
            Betsy C. Manifold
        Lead Counsel for Plaintiffs

## [PROPOSED] ORDER

Upon consideration of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED THAT: The Initial Case Management Conference currently set for April 16, 2010 at 2:30 p.m. is hereby continued to April 23, 2010, at 2:30 p.m.

Dated: April __, 2010.

_____
The Honorable Susan Illston
United States District Judge