```
ROBERT P. VARIAN (SBN 107459)
STEPHEN M. KNASTER (SBN 146236)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Emails:   rvarian@orrick.com
          sknaster@orrick.com

Counsel For Defendants
Morgan Stanley & Co. Incorporated and
Credit Suisse Securities (USA) LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION | Lead Case No.  3:09-cv-01001-SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Court:   10, 19th Floor <br> Judge:   Honorable Susan Illston |

OHS West:260889075.1

STIPULATION AND [PROPOSED] ORDER (Case No. 3:09-CV-01001-SI)

1   WHEREAS on February 26, 2010, defendants filed motions to dismiss plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") and a motion to strike certain paragraphs from the FAC;

WHEREAS on March 19, 2010, plaintiffs filed their oppositions to said motions;

WHEREAS defendants' replies are currently due April 2, 2010;

WHEREAS because certain of the Underwriter Defendants are unavailable due to the Good Friday holiday and one of the Underwriters' counsel principally involved in drafting the reply is to undergo a medical procedure, the Underwriter Defendants have requested an extension to file replies until Wednesday, April 7, 2010;

WHEREAS counsel for each of the parties are agreeable to extend the time for all defendants to file replies until April 7, 2010;

WHEREAS the motions are currently scheduled to be heard on April 16, 2010;

NOW THEREFORE, as a result of the recitals set forth above, and subject to the Court's approval, the undersigned parties stipulate that:

(1)   The time for defendants to file replies is extended to Wednesday, April 7, 2010;

(2)   The hearing on the motions to dismiss and to strike shall be continued until Friday, April 23, 2010 at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: April 1, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN
STEPHEN M. KNASTER

By:   */s/ Robert P. Varian*
          Robert P. Varian

Attorneys for Defendants
MORGAN STANLEY & CO. INCORPORATED
AND CREDIT SUISSE SECURITIES (USA) LLC

| | | |
|---|---|---|
| 1 | Dated: April 1, 2010 | PILLSBURY WINTHROP SHAW LLP |
| 2 | | BRUCE A. ERICSON |
| | | JEFFREY JACOBI |

By: _____/s/ Bruce A. Ericson_____
Bruce A. Ericson

Attorneys for Defendants
CENTURY ALUMINUM CO., LOGAN W. KRUGER, MICHAEL A. BLESS, STEVE SCHNEIDER, JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN and WAYNE R. HALE

Dated: April 1, 2010

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

By: _____/s/ Betsy C. Manifold_____
Betsy C. Manifold

Lead Counsel for Plaintiffs

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Robert P. Varian, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45,X.B., I hereby attest that each of the signatories have concurred in this filing.

_____/s/ Robert P. Varian_____
Robert P. Varian

IT IS SO ORDERED.

Dated:_____

_____[signature]_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE