FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION | Case No. C 09-1001 SI<br>[Consolidate With Case Nos. C 09-1103 SI, C 09-1162 SI, C 09-1205 SI] |
| This document relates to all actions. | **STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE COURT'S APRIL 27, 2010 ORDER**<br><br>DEPT.   10, 19th Floor<br>JUDGE:  Hon. Susan Illston |

1     **WHEREAS**, on April 27, 2010 the Court issued an Order Granting Defendants' Motions
2     to Dismiss and Granting Plaintiffs Leave to Amend ("April 27th Order");
3     **WHEREAS**, the Court's April 27th Order directed Plaintiffs to file an amended pleading
4     "no later than May 14, 2010";
5     **WHEREAS**, Plaintiffs have undertaken a detailed investigation into the issues highlighted
6     by the Court in the April 27th Order, including efforts to contact witnesses and gather additional
7     evidence;
8     **WHEREAS**, Plaintiffs believe that more time would allow Plaintiffs to provide the Court
9     and the parties with a more comprehensive and complete pleading;
10    **WHEREAS**, the Parties agree that Plaintiffs should be allow an additional fourteen (14)
11    days to file their Second Amended Consolidated Class Action Complaint for Violation of the
12    Securities Act of 1933, 15 U.S.C. § 77 *et seq.*, and the Securities Exchange Act of 1934, 15 U.S.C.
13    § 78 *et seq.* ("Second Amended Complaint") with the Court (Century Aluminum and the
14    Individual Defendants, while agreeing to this extension of time, submit that any use of the extra
15    time should be used for the purposes stated in the above recital and not to solicit new and different
16    plaintiffs; these defendants submit that the latter would be contrary to the PSLRA's policy that
17    securities class actions not be lawyer-driven in the sense of initiated and controlled by plaintiff's
18    counsel);
19    **NOW, THEREFORE**, the Parties stipulate and agree as follows:
20    1.    Plaintiffs are granted an additional fourteen (14) days to prepare their Second
21    Amended Complaint; and
22    2.    Plaintiffs shall file a Second Amended Consolidated Complaint on or before
23    May 28, 2010.
24    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | DATED: May 11, 2010 | Respectfully submitted, |
| 2 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 3 | | FRANCIS M. GREGOREK BETSY C. MANIFOLD |
| 4 | | RACHELE R. RICKERT |
| 5 | | /s/Betsy C. Manifold |
| | | BETSY C. MANIFOLD |
| 6 | | |
| 7 | | 750 B Street, Suite 2770 San Diego, CA 92101 |
| 8 | | Telephone: 619/239-4599 Facsimile:  619/234-4599 |
| 9 | | Lead Counsel for Plaintiffs |
| 10 | DATED: May 11, 2010 | PILLSBURY WINTHROP SHAW LLP |
| 11 | | BRUCE A. ERICSON |
| 12 | | /s/Bruce A. Ericson |
| | | BRUCE A. ERICSON |
| 13 | | |
| 14 | | 50 Fremont Street San Francisco, CA 94105-2228 |
| 15 | | Telephone: 415/983-1000 Facsimile: 415/983-1200 |
| 16 | | *Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider,* |
| 17 | | *John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen* |
| 18 | | *and Wayne R. Hale* |
| 19 | DATED: May 11, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 20 | | ROBERT P. VARIAN |
| 21 | | /s/Robert P. Varian |
| 22 | | ROBERT P. VARIAN |
| 23 | | The Orrick Building |
| 24 | | 405 Howard Street San Francisco, CA 94105-2669 |
| 25 | | Telephone: 415/773-5700 Facsimile:  415/773-5759 |
| 26 | | *Attorneys for Defendants Morgan Stanley* |
| 27 | | *& Co., Inc. and Credit Suisse Securities (USA) LLC* |
| 28 | CENTURYALUMINUM:17588v2 | |

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE
COURT'S APRIL 27, 2010 ORDER - CASE NO.  C 09-1001 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs are granted additional time to prepare an amended pleading and, accordingly, shall file a Second Amended Complaint with the Court on or before May 28, 2010.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE COURT'S APRIL 27, 2010 ORDER - CASE NO. C 09-1001 SI

- 3 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Betsy C. Manifold, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to File Amended Complaint Responsive to the Court's April 27, 2010 Order. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of May 2010, at San Diego, California.

*/s/ Betsy Manifold*
BETSY C. MANIFOLD

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE COURT'S APRIL 27, 2010 ORDER - CASE NO. C 09-1001 SI

- 4 -

## DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on May 11, 2010, declarant served:

**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE COURT'S APRIL 27, 2010 ORDER**

via CM/ECF to the parties listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May 2010, at San Diego, California.

_____
MARTA STASIK

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT RESPONSIVE TO THE COURT'S APRIL 27, 2010 ORDER - CASE NO. C 09-1001 SI

- 5 -

CENTURY ALUMINUM CO.
SERVICE LIST – MAY 8, 2009
PAGE 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
     619/239-4599
     619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiffs Stuart Wexler, Mark Panasuk, and Peter Abrams

Lionel Z. Glancy
Michael M. Goldberg
GLANCY & BINKOW LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
     310/201-9150
     310/201-9160 (fax)
info@glancylaw.com

Attorneys for Plaintiff Eric Petzsche

Francis A. Bottini, Jr.
Derek James Wilson
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
     619/230-0063
     619/233-5535 (fax)
frankb@johnsonbottini.com
derekw@johnsonbottini.com

Attorneys for Plaintiff Cory McClellan

COUNSEL FOR DEFENDANTS

Bruce A. Ericson
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
     415/983-1000
     415/983-1200 (fax)
bruce.ericson@pillsburylaw.com

Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider, John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen and Wayne R. Hale

Robert P. Varian
Lily I. Becker
Stephen M. Knaster
M. Todd Scott
Erin H. Reding
ORRICK, HERRINGTON
  & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
     415/773-5700
     415/773-5759 (fax)
rvarian@orrick.com
lbecker@orrick.com
sknaster@orrick.com
tscott@orrick.com
ereding@orrick.com

Attorneys for Defendants Morgan Stanley & Co., Inc. and Credit Suisse Securities (USA) LLC

16796