FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION <br><br> This document relates to all actions. | Case No.  C 09-1001 SI <br> [Consolidate With Case Nos. C 09-1103 SI, C 09-1162 SI, C 09-1205 SI] <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS AND TO RE-SET CASE MANAGEMENT CONFERENCE** <br><br> DEPT.        10, 19th Floor <br> JUDGE:     Hon. Susan Illston <br> DATE:       September 3, 2010 <br> TIME:       9:00 a.m. and 2:30 p.m. |

**WHEREAS**, on April 27, 2010 the Court issued an Order Granting Defendants' Motions to Dismiss and Granting Plaintiffs Leave to Amend (the "April 27th Order");

**WHEREAS**, on May 11, 2010 the Court granted Plaintiffs leave to file a Second Amended Consolidated Class Action Complaint for Violation of the Securities Act of 1933, 15 U.S.C. § 77 *et seq.*, and the Securities Exchange Act of 1934, 15 U.S.C. § 78 *et seq.* ("Second Amended Complaint") on or before May 28, 2010;

**WHEREAS**, Plaintiffs' Second Amended Complaint was filed with the Court on May 28, 2010;

**WHEREAS**, Defendants intend to file motions to dismiss with the Court as soon as practicable;

**WHEREAS**, the Parties agree that this is a complex case involving intricate issues of law and procedure;

**WHEREAS**, the Parties, having conferred about their respective schedules, agree that the agreed upon schedule set forth, *infra,* is in the best interests of the parties and the Court in order for full and comprehensive briefing to be presented on Defendants' contemplated motion(s) to dismiss;

**WHEREAS**, the Parties also agree that it makes sense to postpone the next case management conference (currently set for July 9, 2010, at 2:30 p.m.) to the same day as the hearing on the forthcoming motions to dismiss;

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

1. Defendants shall file with the Court their motions to dismiss on or before July 2, 2010;

2. Plaintiffs shall file their opposition(s) to defendants' motions to dismiss on or before July 23, 2010;

3. Defendants shall file their repl(ies) on or before August 6, 2010; and

4. Defendants shall notice their motions to dismiss for hearing on September 3, 2010, or, if the Court prefers, a later date chosen by the Court.

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON
DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS - CASE NO.  C 09-1001 SI

1     5.    The Parties shall jointly request that the Court continue the case management conference currently set for July 9, 2010 at 2:30 p.m., to September 3, 2010, at 2:30 p.m. (or the date of the hearing on the motions, should the Court prefer some hearing date other than September 3, 2010).  (Defense counsel also will seek a stipulation from the derivative action plaintiffs in No. C-09-4963-SI to making a corresponding change to the date of the case management conference in that case.)

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  June 2, 2010

Respectfully submitted,
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

    /s/Betsy C. Manifold
    BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Lead Counsel for Plaintiffs*

DATED: June 2, 2010

PILLSBURY WINTHROP SHAW LLP
BRUCE A. ERICSON

    /s/Bruce A. Ericson
    BRUCE A. ERICSON

50 Fremont Street
San Francisco, CA 94105-2228
Telephone: 415/983-1000
Facsimile: 415/983-1200

*Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider, John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen and Wayne R. Hale*

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS - CASE NO.  C 09-1001 SI

| | | |
|---|---|---|
| 1 | DATED: June 2, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ROBERT P. VARIAN |

                                                                 /s/Robert P. Varian
                                                                   ROBERT P. VARIAN

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415/773-5700
Facsimile:   415/773-5759

*Attorneys for Defendants Morgan Stanley & Co., Inc.
and Credit Suisse Securities (USA) LLC*

CENTURYALUMINUM:17618v2

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON
DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS - CASE NO. C 09-1001 SI

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Defendants shall e-file any motions to dismiss the Second Amended Complaint no later than July 2, 2010;

2. Plaintiffs shall e-file their opposition(s) to said motions no later than July 23, 2010;

3. Defendants shall e-file their replies no later than August 6, 2010;

4. The hearing on said motions shall be Friday, September 3, 2010, at 9 a.m.; and

5. The case management conference currently set for July 9, 2010, at 2:30 p.m. shall be continued to Friday, September 3, 2010, at ~~2:30 p.m.~~  3 p.m.

DATED: _____     _____
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Betsy C. Manifold, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Set Briefing Schedule and Hearing on Defendants' Contemplated Motion(s) to Dismiss. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June 2010, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/Betsy C. Manifold　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　BETSY C. MANIFOLD

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS - CASE NO. C 09-1001 SI

- 5 -

# DECLARATION OF SERVICE

I, Marta Stasik, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on June 2, 2010, declarant served:

**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS AND TO RE-SET CASE MANAGEMENT CONFERENCE**

via CM/ECF to the parties listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June 2010, at San Diego, California.

                                      */s/Marta Stasik*
                                    MARTA STASIK

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' CONTEMPLATED MOTION(S) TO DISMISS - CASE NO. C 09-1001 SI

- 6 -

CENTURY ALUMINUM CO.
SERVICE LIST – MAY 8, 2009
PAGE 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
 619/239-4599
 619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Attorneys for Plaintiffs Stuart Wexler, Mark Panasuk, and Peter Abrams

Lionel Z. Glancy
Michael M. Goldberg
GLANCY & BINKOW LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
 310/201-9150
 310/201-9160 (fax)
info@glancylaw.com

Attorneys for Plaintiff Eric Petzsche

Francis A. Bottini, Jr.
Derek James Wilson
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
 619/230-0063
 619/233-5535 (fax)
frankb@johnsonbottini.com
derekw@johnsonbottini.com

Attorneys for Plaintiff Cory McClellan

COUNSEL FOR DEFENDANTS

Bruce A. Ericson
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
 415/983-1000
 415/983-1200 (fax)
bruce.ericson@pillsburylaw.com

Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider, John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen and Wayne R. Hale

Robert P. Varian
Lily I. Becker
Stephen M. Knaster
M. Todd Scott
Erin H. Reding
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
 415/773-5700
 415/773-5759 (fax)
rvarian@orrick.com
lbecker@orrick.com
sknaster@orrick.com
tscott@orrick.com
ereding@orrick.com

Attorneys for Defendants Morgan Stanley & Co., Inc. and Credit Suisse Securities (USA) LLC

16796