1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone: 619/239-4599
7  Facsimile:  619/234-4599

8  Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION ──────────────────────── This document relates to all actions. ──────────────────────── | Case No.  C 09-1001 SI [Consolidate With Case Nos. C 09-1103 SI, C 09-1162 SI, C 09-1205 SI]  **STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT AND REVISE BRIEFING SCHEDULE**  DEPT.       10, 19th Floor JUDGE:     Hon. Susan Illston |

1  **WHEREAS**, on April 27, 2010 the Court issued an Order Granting Defendants' Motions
2  to Dismiss and Granting Plaintiffs Leave to Amend ("April 27th Order");
3  **WHEREAS**, on May 11, 2010 the Court granted Plaintiffs leave to file a Second
4  Amended Consolidated Class Action Complaint for Violation of the Securities Act of 1933,
5  15 U.S.C. § 77 *et seq.*, and the Securities Exchange Act of 1934, 15 U.S.C. § 78 *et seq.* ("Second
6  Amended Complaint") on or before May 28, 2010;
7  **WHEREAS**, Plaintiffs' Second Amended Complaint was filed with the Court on
8  May 28, 2010;
9  **WHEREAS**, Plaintiff Chris McNulty is a client of one of Plaintiffs' counsel and through
10 his counsel requested that he be added as a Plaintiff in the Second Amended Complaint and
11 provided the dates of his purchases of Century Aluminum Company securities between
12 October 21, 2008 and March 2, 2009;
13 **WHEREAS**, after the Second Amended Complaint was filed, Lead Counsel for Plaintiffs
14 requested that Plaintiff Chris McNulty complete a certification pursuant to the Federal Securities
15 Laws and in the certification dated June 6, 2010, Mr. McNulty stated that he purchased 800 shares
16 of Century Aluminum Company securities on January 28, 2009, not January 29, 2009 as
17 previously indicated by his counsel;
18 **WHEREAS**, Plaintiffs request leave to amend the Second Amended Complaint to correct
19 the date of Mr. McNulty's purchase and to file a [Proposed] Third Amended Complaint with Mr.
20 McNulty's Certification attached;
21 **WHEREAS**, a copy of the [Proposed] Third Amended Complaint is attached hereto as
22 Exhibit A;
23 **WHEREAS**, by Order dated June 3, 2010, the parties set a briefing schedule on
24 Defendants' contemplated motion(s) to dismiss and now agree to move the schedule out by one
25 week in light of the Plaintiffs' [Proposed] Third Amended Complaint;
26 **NOW, THEREFORE**, the Parties stipulate and agree as follows:
27   1.   Plaintiffs may file the [Proposed] Third Amended Complaint immediately;
28   2.   Defendants shall file with the Court their motion(s) to dismiss on or before

STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT - CASE NO. C 09-1001 SI

1 | July 9, 2010;

2 |     3.    Plaintiffs shall file their opposition(s) to defendants' motions to dismiss on or before July 30, 2010;

4 |     4.    Defendants shall file their repl(ies) on or before August 13, 2010; and

5 |     5.    Defendants shall notice their motions to dismiss for hearing on September 3, 2010, as previously agreed and so ordered by the Court on June 3, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 24, 2010

Respectfully submitted,
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

/s/ BETSY C. MANIFOLD
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Lead Counsel for Plaintiffs*

DATED: June 24, 2010

PILLSBURY WINTHROP SHAW LLP
JEFFREY SCOTT JACOBI

/s/ Jeffrey Scott Jacobi
JEFFREY SCOTT JACOBI

50 Fremont Street
San Francisco, CA 94105-2228
Telephone: 415/983-1000
Facsimile: 415/983-1200

*Attorneys for Defendants Century Aluminum Co., Logan W. Kruger, Michael A. Bless, Steve Schneider, John C. Fontaine, Jack E. Thompson, Peter C. Jones, John P. O'Brien, Willy R. Strothotte, Jarl Berntzen and Wayne R. Hale*

- 3 -

| | | |
|---|---|---|
| 1 | DATED: June 24, 2010 | ORRICK, HERRINGTON |
| 2 | | & SUTCLIFFE LLP |
| | | ROBERT P. VARIAN |
| | | STEPHEN M. KNASTER |

                                                                 /s/Stephen M. Knaster
                                                                   STEPHEN M. KNASTER

                                          The Orrick Building
                                          405 Howard Street
                                          San Francisco, CA 94105-2669
                                          Telephone:  415/773-5700
                                          Facsimile:   415/773-5759

                                          *Attorneys for Defendants Morgan Stanley*
                                          *& Co., Inc. and Credit Suisse Securities (USA) LLC*

CENTURYALUMINUM:17648

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiffs' [Proposed] Third Amended Complaint shall be considered filed as of the date of this Order;

2. Defendants shall e-file any motion(s) to dismiss the Third Amended Complaint no later than July 9, 2010;

3. Plaintiffs shall e-file their opposition(s) to said motions no later than July 30, 2010;

4. Defendants shall e-file their replies no later than August 13, 2010; and

5. The hearing on said motions shall be Friday, September 3, 2010, at 9 a.m. as previously set by the Court in its June 3, 2010 Order.

DATED: _____    _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE