IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* CENTURY ALUMINUM COMPANY SECURITIES LITIGATION, _____ / | Nos. C 09-1001 SI, C 09-1103 SI, C 09-1162 SI, C 09-1205 SI<br><br>**JUDGMENT** |

Defendants' motions to dismiss the Third Amended Complaint are granted with prejudice. This action is dismissed in its entirety, and judgment in favor of defendants and against plaintiffs is entered accordingly.

**IT IS SO ORDERED.**

Dated: March 3, 2011

SUSAN ILLSTON
United States District Judge