| | |
|---|---|
| Name Betsy C. Manifold<br>Address 750 B Street, Suite 2770<br>City, State, Zip San Diego, CA 92101<br>Phone 619/239-4599<br>Fax 619/234-4599<br>E-Mail manifold@whafh.com<br>☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained | FILED<br>2011 MAR 10 P 2:36<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CENTURY ALUMINUM COMPANY SECURITIES LITIGATION<br><br>PLAINTIFF(S),<br>v.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>09-CV-01001 SI<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that  Plaintiffs Stuart Wexler, Peter Abrams, Eric Petzschke, Cory McClellan and Chris McNulty  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:



☐ Bail status:

### Civil Matter

☒ Order (specify):
Granting Defendants' Motions to Dismiss

☒ Judgment (specify):
Dismissing the action with prejudice

☐ Other (specify):

Imposed or Filed on  March 3, 2011 . Entered on the docket in this action on Dkt. Nos. 124 and 125 .

A copy of said judgment or order is attached hereto.

March 10, 2010
Date

*Betsy C Manifold*
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL